## North Side Pure Ice and Coal Company, Appellee, v. Beatrice Call, Appellant.

### Gen. No. 44,298.

opinion filed June 23, 1948; released for publication July 12, 1948. Alfred O. Erickson, for appellant; George J. Crane, of counsel; Benjamin J. Schultz, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.

## Cherie H. Trumbly, Appellant, v. City of Chicago, Appellee.

### Gen. No. 44,309.

opinion filed June 23, 1948; released for publication July 12, 1948. Lloyd T. Bailey and Michael H. Lyons, for appellant; Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.